UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARDOCHE OLIVIER ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:17-0059 |
| ] | Judge Trauger |
| U.S. GOVERNMENT ] | |
|     Defendant. ] | |

**O R D E R**

The Court has before it a *pro se* civil complaint (Docket Entry No. 1) under 42 U.S.C. § 1983 and an application to proceed in forma pauperis (Docket Entry No. 2).

The plaintiff is a resident of Clarksville, Tennessee. It appears from his application that the plaintiff lacks sufficient financial resources from which to pay the fee required to file the complaint. Therefore, the Clerk will file the complaint in forma pauperis. 28 U.S.C. § 1915(a).

The Honorable Waverly D. Crenshaw, Jr., a member of this Court, dismissed *sua sponte* a *pro se* action filed by the plaintiff (Case No. 3:16-cv-3304). Rather than appeal that ruling, the plaintiff alleges in his complaint that Judge Crenshaw acted outside of his authority when he dismissed the case. He is filing this action against the U.S. Government as Judge Crenshaw's "employer".

In order to state a claim under 42 U.S.C. § 1983, the plaintiff must plead and prove that the defendant, while acting under color of state law, deprived him of some right or privilege secured by the Constitution or laws of the United States. Parratt v. Taylor, 451 U.S. 527, 535 (1981).

1

In this regard, the Court finds that Judge Crenshaw was not acting "under color of state law" when he disposed of the plaintiff's lawsuit. Therefore, in the absence of such a showing, the plaintiff has failed to state a claim against the defendant for which relief can be granted. In any event, the plaintiff is not suing the alleged tortfeasor here. Rather, he is attempting to place liability on the tortfeasor's "employer", when respondeat superior is not recognized as an acceptable theory of liability under § 1983. Polk County v. Dodson, 454 U.S. 312, 325 (1981). Accordingly, this action is hereby DISMISSED for failure to state a claim. 28 U.S.C. § 1915(e)(2).

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Therefore, the plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge

2

Case 3:17-cv-00059   Document 3   Filed 01/31/17   Page 2 of 2 PageID #: 15